ACCEPTED
15-25-00032-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 2:57 PM
CHRISTOPHER A. PRINE
CLERK



NORTH AMERICA    SOUTH AMERICA    EUROPE

800 Capitol Street, Suite 2400
Houston, TX 77002-2925
+1 713-651-2600

FILED
15th COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 2:57:21 PM
CHRISTOPHER A. PRINE
Clerk

WILLIAM M. LOGAN
Partner
+1 713-651-2766
wlogan@winston.com

October 17, 2025

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

**Re:**     *In re Nonparty Patient No. 1–11*     No. 15-25-00031-CV
           *In re Nonparty Patient No. 1–11*     No. 15-25-00032-CV

To the Fifteenth Court of Appeals:

    The Nonparty Patients have reviewed the Court's October 16, 2025 opinion issued in the above-references cases. Respectfully, the Nonparty Patients believe the opinion contains three minor typographical errors. Because any correction would be purely factual and would have no impact on the Court's reasoning or legal conclusions, the Nonparty Patients believe the Court can issue an amended opinion without a motion for panel rehearing.

| Page | Opinion (Emphasis Added) | Comment | Citation |
|---|---|---|---|
| 2 | "In October 2024, the State filed suit in Collin County against Dr. **Mary Lau** . . . ." | Dr. Lau's first name is May. | No. 15-25-00031-CV, M.R. 24 |
| 3 | "The subpoenas require the Hospitals to produce documents . . . of **twenty-one patients of each doctor**." | The State's subpoenas affected twenty-one patients of Dr. Lau and fifteen patients of Dr. Cooper. | No. 15-25-00031-CV, M.R. 48 No. 15-25-00032-CV, M.R. 52 |
| 3 | "The State filed a plea to the jurisdiction asserting that sovereign immunity barred the Dallas County district court from deciding **Dr. Lau's** motion for protection." | The State's plea to the jurisdiction challenged the patients' motion for protection. | No. 15-25-00031-CV, M.R. 421 No. 15-25-00032-CV, M.R. 415 |

Sincerely,
*/s/ William Logan*
William Logan
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of William Logan
Bar No. 24106214
LFowler@winston.com
Envelope ID: 106993682
Filing Code Description: Letter
Filing Description: LETTER
Status as of 10/17/2025 3:00 PM CST

Associated Case Party: NonParty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Hung | 24143033 | johung@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Jervonne Newsome | | JNewsome@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Thanh Nguyen | | TDNguyen@winston.com | 10/17/2025 2:57:21 PM | SENT |
| William Logan | | WLogan@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Evan Lewis | | edlewis@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 10/17/2025 2:57:21 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Sutker | 24037569 | cory.sutker@cooperscully.com | 10/17/2025 2:57:21 PM | SENT |
| Avishay Moshenberg | 24083532 | avi.moshenberg@lmbusinesslaw.com | 10/17/2025 2:57:21 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of William Logan
Bar No. 24106214
LFowler@winston.com
Envelope ID: 106993682
Filing Code Description: Letter
Filing Description: LETTER
Status as of 10/17/2025 3:00 PM CST

Case Contacts

| Pauline Sisson | | pauline.sisson@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
|---|---|---|---|---|
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Jackie Cooper | | Jackie.Cooper@cooperscully.com | 10/17/2025 2:57:21 PM | SENT |
| Anika Holland | | AHolland@wilkie.com | 10/17/2025 2:57:21 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Nicholas Lawson | | Nick.Lawson@lmbusinesslaw.com | 10/17/2025 2:57:21 PM | SENT |
| Simona Agnolucci | | sagnolucci@willkie.com | 10/17/2025 2:57:21 PM | SENT |
| Barrington Dyer | | bdyer@willkie.com | 10/17/2025 2:57:21 PM | SENT |
| Houston Docketing | | ecf_houston@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Sarah McGrath | | smcgrath@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Hollie Albin | | hmalbin@winston.com | 10/17/2025 2:57:21 PM | SENT |
| David Phillips | | dphillips@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Jonathan Hung | | johung@winston.com | 10/17/2025 2:57:21 PM | SENT |
| Jennifer Hardy | | jhardy2@willkie.com | 10/17/2025 2:57:21 PM | SENT |
| Jacob Przada | | Jacob.Przada@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Patrick Todd | | patrick.todd@oag.texas.gov | 10/17/2025 2:57:21 PM | SENT |
| Amy Patterson | | apatterson@co.collin.tx.us | 10/17/2025 2:57:21 PM | SENT |